Case 2:11-cv-01826-MAT   Document 13   Filed 01/10/12   Page 1 of 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RICHARD ALLEN VOGAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C11-1826-MAT<br><br><br><br>ORDER FOR EXTENTION OF TIME TO FILE A RESPONSE |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Pleading Date shall be amended as follows:

Defendant shall have up to and including March 9, 2012, to file a Response to Plaintiff's Complaint.

DATED this 9th day of January, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1      ORDER - [C11-CV-1826-MAT]

1

2  Presented by:

3  s/ Kathy Reif
   KATHY REIF
4  Special Assistant U.S. Attorney
   Office of the General Counsel
5  Social Security Administration
   701 Fifth Avenue, Suite 2900 M/S 221A
6  Seattle, WA 98104-7075
   Telephone:  (206) 615-3851
7  Fax:  (206) 615-2531
   kathy.reif@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23